**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

CRAZY DOG T-SHIRTS, INC.,

                    Plaintiff,              **COMPLAINT**

        vs.                     **Civ. No.:**

DESIGN FACTORY TEES, INC.,

                                 **JURY TRIAL DEMANDED**

        and

TONY RALLIS

                    Defendants.

Plaintiff, Crazy Dog T-Shirts, Inc. ("Plaintiff"), by and through its attorneys, Woods Oviatt Gilman LLP, for its complaint against the Defendants, Design Factory Tees, Inc. ("Design Factory") and Tony Rallis ("Rallis") (collectively "Defendants") alleges as follows:

### PRELIMINARY STATEMENT

1.    This is an action for unfair competition and false designation of origin under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and for substantial and related claims of unfair competition under the statutory and common laws of the State of New York.

### JURISDICTION AND VENUE

2.    This Court has jurisdiction of this action by virtue of 28 U.S.C. §§ 1331, 1332(a) 1338(a) and (b), and pursuant to the principles of supplemental jurisdiction under 28 U.S.C. § 1367, as well as CPLR 302(a)(1) and (3).

3.    Venue of this action is set in the United States District Court for the Western District of New York by virtue of 28 U.S.C. § 1391(a) and (b).

## THE PARTIES

4.     Crazy Dog T-Shirts, Inc. is, and at all times hereinafter mentioned was, a corporation duly organized under the laws of the State of New York, and is located at 316 N. Goodman St., Suite 100, Rochester, NY 14607.

5.     Upon information and belief, Defendant Design Factory Tees, Inc. is, and at all times hereinafter mentioned was, a corporation existing within the State of Maryland, with a principal place of business located at 47 Loveton Circle Unit B, Sparks, Maryland 21152.

6.     Upon information and belief, Defendant Tony Rallis is, and at all times hereinafter mentioned was, a Maryland resident residing at 804 Walters Lane, Sparks Glencoe, Maryland 21152.

## BACKGROUND

7.     Plaintiff has been a registered corporation with the New York State Department of State since 2008 and has continuously therefrom been designing, producing, offering for sale and/or selling, among other things, novelty t-shirts.

8.     Plaintiff offers for sale and sells a wide array of t-shirts, including internet sales through the website www.amazon.com ("Amazon") under the trade name CRAZY DOG TSHIRTS (Plaintiff's Mark).  A representative example of an Amazon sales listing of Plaintiff's Mark is annexed hereto as **Exhibit 1**.

9.     Plaintiff lists t-shirts on Amazon as a private label retailer and has not authorized any other parties to sell Crazy Dog brand t-shirts on its behalf.

10.     Moreover, to promote internet sales, Plaintiff produces and has had produced a number of digital photographic images displaying each t-shirt listed for sale on Amazon under Plaintiff's Mark, including images of t-shirts worn by paid models in the employ of Plaintiff.  See Exhibit 1.

11.     Plaintiff has also produced a written description for each of its t-shirts sold under Plaintiff's Mark when displayed within the Amazon listings.  See Exhibit 1.

12.     Included within each of Plaintiff's product descriptions is the phrase "Exclusive Crazy Dog T-shirt branded tee designed and printed in the USA."

13.     In 2014, Plaintiff sold more than one hundred thirty-five thousand (135,000) t-shirts through Amazon listings.

14.     Of these sales, approximately 60% occurred during the Christmas sales season of November and December.

15.     As a result of its widespread and continuous sale of t-shirts under Plaintiff's Mark, such as through Amazon, consumers have come to appreciate the high quality and craftsmanship of Plaintiff's goods and these consumers identify Plaintiff as the source of these high quality goods.

16.     Moreover, as a result of Plaintiff's expenditures and efforts, Plaintiff's Mark has acquired incalculable distinction, reputation and goodwill belonging exclusively to Plaintiff.

## DEFENDANTS' UNLAWFUL ACTIVITIES

17.     Upon information and belief, one or both Defendants are engaged in, among other things, the sale and distribution of t-shirts, including novelty t-shirts.

18.     Upon information and belief, one or both Defendants have been engaged in offering for sale and/or the sale of t-shirts throughout the United States, including within the Western District of New York.

19.     Without Plaintiff's authorization, one or both Defendants have, intentionally and with malice, listed against, copied or otherwise hijacked Plaintiff's Amazon product listings. Included in such listings are repeated displays of Plaintiff's Mark as well as the phrase "Exclusive Crazy Dog T-shirt branded tee designed and printed in the USA."  The t-shirts sold through

Defendants' hijacked listings <u>are not</u> Crazy Dog branded tees but rather are tees manufactured for, sold by and shipped from Defendants.  Representative examples of hijacked listings are annexed hereto as **Exhibit 2.**

20.     Upon information and belief, to assist in its sales efforts, Defendant Design Factory has established a Storefront on Amazon wherein Design Factory offers for sale various t-shirts.  A screenshot of Design Factory's Storefront is annexed hereto as **Exhibit 3.**

21.     As can be seen in Exhibit 2, the Design Factory listings include accreditation to various t-shirt manufacturers, include Plaintiff, e.g., by stating "by Crazy Dog Tshirts" immediately below a product image.

22.     However, upon selecting a listing accredited to Plaintiff, consumers are directed to Defendant Design Factory's hijacked Crazy Dog listing, such as those shown in Exhibit 2.

23.     A t-shirt, which Defendant Design Factory's hijacked product listing indicates to be a Crazy Dog branded t-shirt, when selected for purchase by the consumer through the Design Factory's Storefront, <u>is not</u> a Crazy Dog branded t-shirt, but rather is Defendant Design Factory's inferior knock-off t-shirt.

24.     Additionally or alternatively, and without Plaintiff's authorization, one or both Defendants have, intentionally and with malice, unfairly reproduced Plaintiff's Amazon listings, including the incorporation of Plaintiff's digital images and product descriptions which include Plaintiff's Mark so as to deceive consumers.

25.     Upon information and belief, the t-shirts that one or both Defendants have produced, distributed, provided, marketed, advertised, promoted, offered for sale and/or sold are of inferior quality compared to Plaintiff's t-shirts.

26.     Defendant's infringing acts as alleged herein have caused and are likely to cause confusion, mistake, and deception among the relevant consuming public as to the source or origin

of Defendants' t-shirts and have and are likely to deceive the relevant consuming public into believing, mistakenly, that Defendants' t-shirts originate from, are associated or affiliated with, or are otherwise authorized by Plaintiff.

27.     Upon information and belief, Defendants' acts are wilful with the deliberate intent to trade on the goodwill of Plaintiff, cause confusion and deception in the marketplace and divert potential sales of Plaintiff's t-shirts to the Defendants.

28.     Defendants' acts are causing, and unless restrained, will continue to cause damage and immediate irreparable harm to Plaintiff and to its valuable reputation and goodwill with the consuming public for which Plaintiff has no adequate remedy at law.

## AS AND FOR A FIRST CAUSE OF ACTION, PLAINTIFF ALLEGES AS FOLLOWS:

29.     Plaintiff repeats and realleges the allegations of paragraphs "1" through "28" as if more fully set forth herein.

30.     Defendants' actions constitute a false designation of origin under 15 U.S.C. § 1125(a) which is likely to cause confusion, mistake or to deceive and has confused and deceived customers into believing that the solicitations on behalf of Defendant Design Factory are affiliated with, sponsored by, or somehow connected with Plaintiff.

31.     Defendants' unlawful activities reflect adversely on Plaintiff because Plaintiff has no ability to control the quality of Defendants' goods, and as the believed source of origin, Plaintiff's efforts continue to protect its reputation for high quality goods will be hampered, resulting in irreparable harm to Plaintiff.

32.     If the Defendants are permitted to continue to unlawfully use the Plaintiff's Mark, it will cause Plaintiff irreparable harm including unfair competition by competitors.

33.     Plaintiff will be able to demonstrate a likelihood of success on the merits of its claims, and the balance of equities weighs in Plaintiff's favor.

34. Therefore, Plaintiff is entitled to an injunction preventing the Defendants' further unlawful use of Plaintiff's Mark.

35. In addition, as a direct and proximate result of Defendants' unlawful use of Plaintiff's Mark in connection with the infringing goods and offers for sale, Plaintiff has suffered and will continue to suffer damages in an amount presently unknown and to be ascertained at the time of trial.

## AS AND FOR A SECOND CAUSE OF ACTION, PLAINTIFF ALLEGES AS FOLLOWS:

36. Plaintiff repeats and realleges the allegations of paragraphs "1" through "35" as if more fully set forth herein.

37. Defendants' actions constitute unfair competition under 15 U.S.C. § 1125(a), by passing off Plaintiff's Mark in commercial advertising and promotion in a manner that is false, misleading and misrepresents the nature, characteristics and qualities of Defendants' goods.

38. If the Defendants are permitted to continue to unlawfully use the Plaintiff's Mark, it will cause Plaintiff irreparable harm including unfair competition by competitors.

39. Plaintiff will be able to demonstrate a likelihood of success on the merits of its claims, and the balance of equities weighs in Plaintiff's favor.

40. Therefore, Plaintiff is entitled to an injunction preventing the Defendants' further unlawful use of Plaintiff's Mark.

41. In addition, as a direct and proximate result of Defendants' unlawful use of Plaintiff's Mark in connection with the infringing goods and offers for sale, Plaintiff has suffered and will continue to suffer damages in an amount presently unknown and to be ascertained at the time of trial.

## AS AND FOR A THIRD CAUSE OF ACTION,
## PLAINTIFF ALLEGES AS FOLLOWS:

42.    Plaintiff repeats and realleges the allegations of paragraphs "1" through "41" as if more fully set forth herein.

43.    The Defendants' conduct in the actions above violate general principles of law and equity, constitute trademark infringement, unfair competition and injury to business reputation under New York General Business Law §§ 360-k, 360-l, and/or 360-m and have, and will cause, Plaintiff irreparable injury.

44.    If the Defendants are permitted to continue to unlawfully use the Plaintiff's Mark, it will cause Plaintiff irreparable harm including unfair competition by competitors.

45.    Plaintiff will be able to demonstrate a likelihood of success on the merits of its claims, and the balance of equities weighs in Plaintiff's favor.

46.    Therefore, Plaintiff is entitled to an injunction preventing the Defendants' further unlawful use of Plaintiff's Mark.

47.    In addition, as a direct and proximate result of Defendants' unlawful use of Plaintiff's Mark in connection with the infringing goods and offers for sale, Plaintiff has suffered and will continue to suffer damages in an amount presently unknown and to be ascertained at the time of trial.

### TRIAL BY JURY DEMANDED

Plaintiff demands a trial by jury on all issues so triable.

**WHEREFORE**, the Plaintiff, CRAZY DOG T-SHIRTS, INC., demands judgment as follows:

A.    Granting a permanent injunction, restraining and enjoining the Defendant Rallis, and Defendant Design Factory and its officers, directors, agents, servants, employees and all

others acting on its behalf or in its stead, from further acts of trademark infringement and unfair competition and, more particularly, from, in any manner, directly or indirectly:

(i)     using the mark CRAZY DOG TSHIRTS and any other marks which are confusingly similar to or otherwise violate Plaintiff's Mark;

(ii)    using the mark CRAZY DOG TSHIRTS and any other marks which are confusingly similar to or otherwise violate Plaintiff's Mark in connection with t-shirts;

(iii)   otherwise using or exploiting the mark CRAZY DOG TSHIRTS and any other marks which are confusingly similar to or otherwise violate Plaintiff's Mark in connection with t-shirts;

(iv)    assisting, aiding or abetting any other person or entity from engaging or performing any of the activities referred to in subparagraphs 1(i)–(iii) above; and

(v)     declaring that the Defendants have unfairly competed with the Plaintiff by the acts complained of herein and further declaring the respective rights and responsibilities of the parties.

B.      Awarding to the Plaintiff any profits generated by the Defendants as a result of the acts complained of and further awarding Plaintiff its damages as a result of the Defendants' wrongful trademark infringement and unfair competition in an amount to be determined by an accounting, if necessary;

C.      Awarding the Plaintiff its attorneys' fees and costs; and

D.      Granting the Plaintiff such other and further relief as to this Court may seem just and proper.

DATED:  December 11, 2015            WOODS OVIATT GILMAN LLP
Rochester, New York
                                     By: _____
                                         Donald W. O'Brien, Jr., Esq.
                                         Katherine H. McGuire, Esq.
                                         *Attorneys for Plaintiff*
                                         700 Crossroads Building
                                         2 State Street
                                         Rochester, New York 14614
                                         585.987.2800
                                         dobrien@woodsoviatt.com
                                         kmcguire@woodsoviatt.com

# EXHIBIT 1

‹ Back to results



Crazy Dog Tshirts

## World's Okayest Brother T Shirt Funny Siblings Tee For Brothers
141 customer reviews

List Price: ~~$24.99~~
Price: $5.99 + $3.99 shipping
You Save: $19.00 (76%)

Share

Qty: 1 ▾

**$5.99** + $3.99 shipping
In Stock. Sold by **Crazy Dog Tshirts**

Add to Cart

Turn on 1-Click ordering for this browser

**Fit:** As expected (88%)

**Size:**

Large ▾   Size Chart

**Color:** Grey







**In Stock.**

**Arrives before Christmas.**

**Estimated Delivery Date:** Friday, Dec. 11 when you choose Two-Day Shipping at checkout.
Ships from and sold by Crazy Dog Tshirts.

**Ship to:**
ROCHESTER, NY 14602

Roll over image to zoom in

- Premium poly cotton blend
- Exclusive Crazy Dog T-shirt branded tee designed and printed in the USA. We use the highest grade plasticol ink and state of the art equipment to ensure vibrant colors and lasting durability.
- Professionally printed super soft funny and awesome tees. Our lightweight fitted tees are made from ultra soft ringspun cotton to get that cool vintage t shirt fit and feel. Once you put this shirt on, you won't want to take it off.
- Satisfaction guaranteed! Our tees are slim fit so order a larger shirt if you're between sizes. Larger sizes are available - 3XL 4XL and 5XL - for most designs. If you are unsatisfied with the fit, we will provide an immediate exchange.
- Machine washable (wash inside out in cold water, hang dry). Perfect Christmas gift idea, birthday present or treating yourself to the best graphic shirt.
- This is a men's shirt; Check our other listings for this design in youth sizes

**Frequently Bought Together**


Crazy Dog Tshirts
$5.99 - $18.99


Crazy Dog Tshirts
$18.99 - $22.99

## Customers Who Bought This Item Also Bought

Page 1 of 10



DirtyRagz Men's World's
Okayest Brother T-Shirt
55
$9.99 - $16.95



Women's World's Okayest
Sister T Shirt Funny
Siblings Tee for Girls
40
$5.99 - $18.99



BigMouth Inc Funny Toilet
Paper: Obama
1,535



Starlite-Mens Funny
Sayings Slogans T Shirts-I
May Be Wrong tshirt
79
$5.82 - $19.99



GROW a Girlfriend Novelty
Gift
16
$4.74



Acco
Unde

$4.95

## Sponsored Products Related To This Item (What's this?)

Page 1 of 7



Mens Got Wood Funny
Christmas Tree Holiday T
shirt -L
$16.99



Ask Me About My Adhd T
Shirt Funny Flip Shirts L
(43)
$18.99



Ask Me About My Llama
T Shirt Funny Llama Flip
Shirt Llamas Tee XL
(46)
$18.99



The Mountain Men's
Krakitten Purple T-Shirt
3XL
(189)
$23.95



The Mountain Cataclysm
Cat Astronaut Adult T-
shirt 3XL
(39)
$20.40

Ad feedback

## Product Description

Oh my brother? He's okay. You know, brothers are just kind of there all the time, hanging out till you need them, like air. Nothing special if you ask me. All in all, I'd say I've got the world's okayest brother for sure. Have you tried a Crazy Dog T-shirt yet? Just Wait until you slip on one of these super soft tees. You'll instantly fall in love! Not only are they printed on super soft cotton but the tees fit great too. Try one and you won't go anywhere else! With over 900 designs Crazy Dog is the online destination for your favorite tees. Many of our designs are available in mens, womens, and youth sizes and come in a variety of different colors. Check our store to see them all!

**Product Dimensions:** 10 x 13 x 2 inches
**Shipping Information:** View shipping rates and policies
**ASIN:** B01460XE98
**Date first available at Amazon.com:** August 20, 2015
**Amazon Best Sellers Rank:** #108 in Clothing (See Top 100 in Clothing)
**Average Customer Review:**          141 customer reviews
Would you like to give feedback on images?

## Customer Questions & Answers

See questions and answers

## Customer Reviews

141

4.6 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 74% |
| 4 star | | 15% |
| 3 star | | 9% |
| 2 star | | 1% |
| 1 star | | 1% |

Share your thoughts with other customers

Write a customer review

See all 141 customer reviews

### Most Helpful Customer Reviews

31 of 31 people found the following review helpful
**If you have the worlds greatest brother, don't bother to buy.**
ByRobT on May 22, 2014
Size: Medium   Color: Grey   Verified Purchase
I have the worlds okayest brother and this shirt suits him perfectly. He gets complimented on his mediocrity all the time.

Comment   ·   Was this review helpful to you?   Yes   No   Report abuse

10 of 10 people found the following review helpful
**Meh**
ByCari on June 9, 2014
Size: Large   Color: Grey   Verified Purchase
I bought this for my okayest brother. He thought it was okay. I still think he is the world's okayest brother. He's lucky he is my only brother.

1 Comment   Was this review helpful to you?   Yes   No   Report abuse

8 of 8 people found the following review helpful
**Five Stars**
Byratkins714 on February 4, 2015
Size: Medium   Color: Grey
Best gifts given to each other!



Comment   ·   Was this review helpful to you?   Yes   No   Report abuse

3 of 3 people found the following review helpful
**great gift idea**
BySean on December 29, 2014
Size: Large   Color: Grey   Verified Purchase
Brothers were less than excited for their Xmas gifts but I had a great laugh.

### Customer Images

### Most Recent Customer Reviews

**Five Stars**
Perfect gift. We will all get a laugh, and my brother will love it. :)
Published 4 hours ago by Monica Aguinaga

**but when he opens it I know he will be filled with happiness. He will...**
I bought this as a Christmas gift for my okay brother. He hasn't seen it yet, but when he opens it I know he will be filled with happiness. Read more
Published 5 hours ago by Lexy B.

**Five Stars**
good quality shirt very soft
Published 2 days ago by Amazon Customer

**Nice shirt**
I got one for my brother. and I got one back. We really do think too much alike. The shirt is nice and comfortable. the fabric is soft. Stands well to being machine washed.
Published 2 days ago by Zachary

**As advertised (:**
It was a hit!
Published 5 days ago by Funky Tickle Productions (Consignment)

**Five Stars**
Love this. I'm gonna be buying 2 more



Comment    Was this review helpful to you?  [ Yes ] [ No ]  Report abuse

2 of 2 people found the following review helpful
**Funny joke for my brother!**
ByAnna Wells on March 5, 2014
Size: Medium   Color: Grey   Verified Purchase
I got this shirt as a joke for my older brother and he really likes it! I ordered a medium, it fits as expected and arrived very fast!

Comment    Was this review helpful to you?  [ Yes ] [ No ]  Report abuse

1 of 1 people found the following review helpful
**I like the shirt and it will certainly strike up conversations ...**
ByJeremy Weikel on June 16, 2015
Size: Large   Color: Grey   Verified Purchase
I like the shirt and it will certainly strike up conversations at the next family dinner, but I really wish I had gone with the XL. I wanted to give 4 stars, but it fits too snugly in the arms and chest. Waist is fine, though. The shirt's poly/cotton blend feels good and comfortable, too. It's just a risk with buying stuff that you're unable to try on first, and it's not like I'll never buy a shirt from you guys again, it will just be an XL. This gives me a good reason to give my brother the L shirt and I can (re-) order myself the XL. Thanks, Crazy Dog!

Anybody reading this: these folks really have a solid product, but if you have any kind of athletic frame, order 1 size up. Just being honest.

Comment    Was this review helpful to you?  [ Yes ] [ No ]  Report abuse

**Perfect Fun Gift For Your Brother!!!**
Bymonica on October 20, 2015
Size: 2XL   Color: Royal   Verified Purchase
This is one of the cutest and funnies shirts that I have ever seen. This "Worlds Okayest Brother" was the perfect gag gift to give to my brother. He loves it!!
*Super cute and funny design
*Nice bright blue color
*Great Fit
*Made of super comfortable cotton
*Pre-shrunk so you do not have to worry about that when washing it like you do with many shirts
*Large quality print - easy to read
*Perfect gift for your brother
*Guaranteed to bring a smile to his face
The reviews and or opinions on this product are my own opinions. No monitory compensation was received, only a free or discounted product to try in exchange for my honest opinion. I was not required to write a positive review. Your experience may differ. The opinions I have expressed are mine and mine alone.



Comment    Was this review helpful to you?  [ Yes ] [ No ]  Report abuse

1 of 1 people found the following review helpful
**Alright**
ByMadi Narramore on March 2, 2014
Size: Large   Color: Grey   Verified Purchase
I chose this for my brothers 15th birthday present. He likes it but it sticks to him a little bit

Comment    Was this review helpful to you?  [ Yes ] [ No ]  Report abuse

See all 141 customer reviews (newest first)

[ Write a customer review ]

---

Published 5 days ago by Amanda Ray

**Three Stars**
Nice shirt but i ordered a large and it looks more like a XL
Published 6 days ago by MaryAnne

**Five Stars**
My brother got a kick out of this! Big fan.
Published 8 days ago by Amazon Customer

**made a good laugh**
had a good laugh wearing this shirt. My sister strongly disagree to this statement shirt.
Published 9 days ago by Amazon Customer

**Nice shirt**
The neck is a little tight. Otherwise, it's a great shirt. My sis got it for my husband and he gets lots of compliments and laughs when he wears it.
Published 10 days ago by Amazon Customer

**Search Customer Reviews**
[                    ] [🔍]

---

## Customers Who Viewed This Item Also Viewed











DirtyRagz Men's World's Okayest Brother T-Shirt
55
$9.99 - $16.95

World's Okayest Brother T Shirt Funny Siblings Tee for Brothers
47
$7.84 - $15.99

Adult World's Okayest Brother Funny Siblings tee for Brothers T Shirt
$9.99 - $19.99

Women's World's Okayest Sister T Shirt Funny Siblings Tee for Girls
40
$5.99 - $18.99

World's Okayest Brother Short Sleeve T-Shirt
$9.95



World's Okayest Brother - Father's Day Men's T-shirt
$11.95 - $15.95



## Look for Similar Items by Category

Clothing, Shoes & Jewelry > Men

Clothing, Shoes & Jewelry > Novelty & More > Clothing > Novelty > Men > Shirts > T-Shirts

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Amazon Currency Converter | Manage Your Content and Devices |
| | Self-Publish with Us | | Help |
| | Become an Amazon Vendor | | |
| | › See all | | |

**amazon**.com

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door |
| AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Casa.com<br>Kitchen, Storage<br>& Everything Home |
| ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations |
| IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials |
| TenMarks.com<br>Math Activities<br>for Kids & Schools | VineMarket.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use  Privacy Notice  Interest-Based Ads © 1996-2015, Amazon.com, Inc. or its affiliates

# EXHIBIT 2

‹ Back to results



Crazy Dog Tshirts

## World's Okayest Brother T Shirt Funny Siblings Tee For Brothers

141 customer reviews

List Price: ~~$24.99~~
Price: $9.99 & **FREE Shipping**
You Save: $15.00 (60%)

**Fit:** As expected (88%)

**Size:**

Large ▼  Size Chart

**Color:** Grey

  

In Stock.

**Arrives before Christmas.**

**Estimated Delivery Date:** Dec. 10 - 15 when you choose Expedited Shipping at checkout.
Ships from and sold by DesignFactoryTees.

Roll over image to zoom in

- Premium poly cotton blend
- Exclusive Crazy Dog T-shirt branded tee designed and printed in the USA. We use the highest grade plasticol ink and state of the art equipment to ensure vibrant colors and lasting durability.
- Professionally printed super soft funny and awesome tees. Our lightweight fitted tees are made from ultra soft ringspun cotton to get that cool vintage t shirt fit and feel. Once you put this shirt on, you won't want to take it off.
- Satisfaction guaranteed! Our tees are slim fit so order a larger shirt if you're between sizes. Larger sizes are available - 3XL 4XL and 5XL - for most designs. If you are unsatisfied with the fit, we will provide an immediate exchange.
- Machine washable (wash inside out in cold water, hang dry). Perfect Christmas gift idea, birthday present or treating yourself to the best graphic shirt.
- This is a men's shirt; Check our other listings for this design in youth sizes

Share

Qty: 1 ▼

**$9.99** + Free Shipping
In Stock. Sold by
**DesignFactoryTees**

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**
ROCHESTER, NY 14602

## Frequently Bought Together



Crazy Dog Tshirts
$9.99 - $12.99

## Customers Who Bought This Item Also Bought

     

DirtyRagz Men's World's
Okayest Brother T-Shirt
55
$9.99 - $16.95

Women's World's Okayest
Sister T Shirt Funny
Siblings Tee for Girls
40
$5.99 - $18.99

BigMouth Inc Funny Toilet
Paper: Obama
1,535

Starlite-Mens Funny
Sayings Slogans T Shirts-I
May Be Wrong tshirt
79
$5.82 - $19.99

GROW a Girlfriend Novelty
Gift
16
$4.74

Accou
Unde

$4.95

## Sponsored Products Related To This Item (What's this?)

    

Mens Got Wood Funny
Christmas Tree Holiday T
shirt -L
$16.99

Ask Me About My Adhd T
Shirt Funny Flip Shirts L
(43)
$18.99

Ask Me About My Llama
T Shirt Funny Llama Flip
Shirt Llamas Tee XL
(46)
$18.99

The Mountain Men's
Krakitten Purple T-Shirt
3XL
(189)
$23.95

The Mountain Cataclysm
Cat Astronaut Adult T-
shirt 3XL
(39)
$20.40

Ad feedback

## Product Description

Oh my brother? He's okay. You know, brothers are just kind of there all the time, hanging out till you need them, like air. Nothing special if you ask me. All in all, I'd say I've got the world's okayest brother for sure. Have you tried a Crazy Dog T-shirt yet? Just Wait until you slip on one of these super soft tees. You'll instantly fall in love! Not only are they printed on super soft cotton but the tees fit great too. Try one and you won't go anywhere else! With over 900 designs Crazy Dog is the online destination for your favorite tees. Many of our designs are available in mens, womens, and youth sizes and come in a variety of different colors. Check our store to see them all!

**Product Dimensions:** 10 x 13 x 2 inches
**Shipping Information:** View shipping rates and policies
**ASIN:** B01460XE98
**Date first available at Amazon.com:** August 20, 2015
**Amazon Best Sellers Rank:** #108 in Clothing (See Top 100 in Clothing)
**Average Customer Review:**        141 customer reviews
Would you like to give feedback on images?

## Customer Questions & Answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer Reviews

141

4.6 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 74% |
| 4 star | | 15% |
| 3 star | | 9% |
| 2 star | | 1% |
| 1 star | | 1% |

Share your thoughts with other customers

Write a customer review

See all 141 customer reviews

## Most Helpful Customer Reviews

31 of 31 people found the following review helpful

**If you have the worlds greatest brother, don't bother to buy.**

ByRobT on May 22, 2014

Size: Medium    Color: Grey    Verified Purchase

I have the worlds okayest brother and this shirt suits him perfectly. He gets complimented on his mediocrity all the time.

Comment    Was this review helpful to you?    Yes    No    Report abuse

10 of 10 people found the following review helpful

**Meh**

ByCari on June 9, 2014

Size: Large    Color: Grey    Verified Purchase

I bought this for my okayest brother. He thought it was okay. I still think he is the world's okayest brother. He's lucky he is my only brother.

1 Comment    Was this review helpful to you?    Yes    No    Report abuse

8 of 8 people found the following review helpful

**Five Stars**

Byratkins714 on February 4, 2015

Size: Medium    Color: Grey

Best gifts given to each other!



Comment    Was this review helpful to you?    Yes    No    Report abuse

3 of 3 people found the following review helpful

**great gift idea**

BySean on December 29, 2014

Size: Large    Color: Grey    Verified Purchase

Brothers were less than excited for their Xmas gifts but I had a great laugh.



Comment    Was this review helpful to you?    Yes    No    Report abuse

2 of 2 people found the following review helpful

**Funny joke for my brother!**

ByAnna Wells on March 5, 2014

Size: Medium    Color: Grey    Verified Purchase

I got this shirt as a joke for my older brother and he really likes it! I ordered a medium, it fits as expected and arrived very fast!

### Customer Images

### Most Recent Customer Reviews

**Five Stars**

Perfect gift. We will all get a laugh, and my brother will love it. :)

Published 4 hours ago by Monica Aguinaga

**but when he opens it I know he will be filled with happiness. He will...**

I bought this as a Christmas gift for my okay brother. He hasn't seen it yet, but when he opens it I know he will be filled with happiness. Read more

Published 5 hours ago by Lexy B.

**Five Stars**

good quality shirt very soft

Published 2 days ago by Amazon Customer

**Nice shirt**

I got one for my brother. and I got one back. We really do think too much alike. The shirt is nice and comfortable. the fabric is soft. Stands well to being machine washed.

Published 2 days ago by Zachary

**As advertised (:**

It was a hit!

Published 5 days ago by Funky Tickle Productions (Consignment)

**Five Stars**

Love this. I'm gonna be buying 2 more

Published 5 days ago by Amanda Ray

**Three Stars**

Nice shirt but i ordered a large and it looks more like a XL

Published 6 days ago by MaryAnne

**Five Stars**

My brother got a kick out of this! Big fan.

Published 8 days ago by Amazon Customer

**made a good laugh**

Comment    Was this review helpful to you?    [ Yes ]  [ No ]    Report abuse

1 of 1 people found the following review helpful
**I like the shirt and it will certainly strike up conversations ...**
ByJeremy Weikel on June 16, 2015
Size: Large    Color: Grey    Verified Purchase
I like the shirt and it will certainly strike up conversations at the next family dinner, but I really wish I had gone with the XL. I wanted to give 4 stars, but it fits too snugly in the arms and chest. Waist is fine, though. The shirt's poly/cotton blend feels good and comfortable, too. It's just a risk with buying stuff that you're unable to try on first, and it's not like I'll never buy a shirt from you guys again, it will just be an XL. This gives me a good reason to give my brother the L shirt and I can (re-) order myself the XL. Thanks, Crazy Dog!

Anybody reading this: these folks really have a solid product, but if you have any kind of athletic frame, order 1 size up. Just being honest.

Comment    Was this review helpful to you?    [ Yes ]  [ No ]    Report abuse

**Perfect Fun Gift For Your Brother!!!**
Bymonica on October 20, 2015
Size: 2XL    Color: Royal    Verified Purchase
This is one of the cutest and funniest shirts that I have ever seen. This "Worlds Okayest Brother" was the perfect gag gift to give to my brother. He loves it!!
*Super cute and funny design
*Nice bright blue color
*Great Fit
*Made of super comfortable cotton
*Pre-shrunk so you do not have to worry about that when washing it like you do with many shirts
*Large quality print - easy to read
*Perfect gift for your brother
*Guaranleed to bring a smile to his face
The reviews and or opinions on this product are my own opinions. No monitory compensation was received, only a free or discounted product to try in exchange for my honest opinion. I was not required to write a positive review. Your experience may differ. The opinions I have expressed are mine and mine alone.



Comment    Was this review helpful to you?    [ Yes ]  [ No ]    Report abuse

1 of 1 people found the following review helpful
**Alright**
ByMadi Narramore on March 2, 2014
Size: Large    Color: Grey    Verified Purchase
I chose this for my brothers 15th birthday present. He likes it but it sticks to him a little bit

Comment    Was this review helpful to you?    [ Yes ]  [ No ]    Report abuse

See all 141 customer reviews (newest first)

[ Write a customer review ]

---

had a good laugh wearing this shirt. My sister strongly disagree to this statement shirt.
Published 9 days ago by Amazon Customer

**Nice shirt**
The neck is a little tight. Otherwise, it's a great shirt. My sis got it for my husband and he gets lots of compliments and laughs when he wears it.
Published 10 days ago by Amazon Customer

**Search Customer Reviews**

[                    ]  [ Go ]

---

## Customers Who Viewed This Item Also Viewed

Page 1 of 5











DirtyRagz Men's World's Okayest Brother T-Shirt
55

World's Okayest Brother T Shirt Funny Siblings tee for Brothers

Adult World's Okayest Brother Funny Siblings tee for Brothers T Shirt

Women's World's Okayest Sister T Shirt Funny Siblings Tee for Girls

World's Okayest Brother Short Sleeve T-Shirt
$9.95

| $9.99 - $16.95 | 47 | $9.99 - $19.99 | 40 |
| | $7.84 - $15.99 | | $5.99 - $18.99 |

## Your Recently Viewed Items and Featured Recommendations

Inspired by your browsing history                                                                    Page 1 of 6

    

| World's Okayest Sister T Shirt Funny Siblings Tee for Sisters | Turn into a Ninja Flip T Shirt Cool Fighter Disguise Funny Shirts | Star Wars I Am Your Father Darth Vader Quote Adult T-shirt - Black | Shop4Ever® This Girl is Gonna Be a MOMMY Women's T-Shirt Funny Shirts | Ask Me About I Shirt Funny Flip Shirts |
| 8 | 158 | 10 | 53 | 2 |
| $8.44 - $18.99 | $18.99 - $22.99 | $12.25 - $27.99 | $6.99 - $14.99 | $18.99 - $22.99 |

You
viewed      

› View or edit your browsing history

See personalized recommendations

**Sign in**

New customer? Start here.

## Look for Similar Items by Category

Clothing, Shoes & Jewelry > Men

Clothing, Shoes & Jewelry > Novelty & More > Clothing > Novelty > Men > Shirts > T-Shirts

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Amazon Currency Converter | Manage Your Content and Devices |
| | Self-Publish with Us | | Help |
| | Become an Amazon Vendor | | |
| | › See all | | |

## amazon.com

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

| 6pm Score deals on fashion brands | AbeBooks Rare Books & Textbooks | ACX Audiobook Publishing Made Easy | AfterSchool.com Kids' Sports, Outdoor & Dance Gear | Alexa Actionable Analytics for the Web | Amazon Business Everything For Your Business | AmazonFresh Groceries & More Right To Your Door |
| AmazonGlobal Ship Orders Internationally | Home Services Handpicked Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Download Audio Books | BeautyBar.com Prestige Beauty Delivered | Book Depository Books With Free Delivery Worldwide | Casa.com Kitchen, Storage & Everything Home |
| ComiXology Thousands of Digital Comics | CreateSpace Indie Print Publishing Made Easy | Diapers.com Everything But The Baby | DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations |
| IMDb Movies, TV & Celebrities | Junglee.com Shop Online in India | Kindle Direct Publishing Indie Digital Publishing Made Easy | Look.com Kids' Clothing & Shoes | MYHABIT Private Fashion Designer Sales | Shopbop Designer Fashion Brands | Soap.com Health, Beauty & Home Essentials |

Case 6:15-cv-06740   Document 1   Filed 12/11/15   Page 22 of 26

| TenMarks.com | VineMarket.com | Wag.com | Warehouse Deals | Woot! | Yoyo.com | Zappos |
| Math Activities | Everything | Everything | Open-Box | Discounts and | A Happy Place | Shoes & |
| for Kids & Schools | to Live Life Green | For Your Pet | Discounts | Shenanigans | To Shop For Toys | Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads © 1996-2015, Amazon.com, Inc. or its affiliates

# EXHIBIT 3

Try Prime          DesignFactoryTees ˅

Shop by
Department ˅          Your Amazon.com   Today's Deals   Gift Cards   Sell   Help          Hello, Sign in
Your Account ˅   Try Prime ˅   Your Lists ˅   0 Cart

1-24 of 163 results for DesignFactoryTees Storefront

**Show results for**

**Brand**
DirtyRagz (2)
Crazy Dog Tshirts (7)
Trenz Shirt Company (3)
Amazing Apparel (2)
StarliteFunnyShirts (1)
City Shirts (1)
Swagge (1)
Gildan (47)
New York Fashion Police (1)
Shop4Ever (2)
Rothco (6)
Hanes (1)
YM Wear (1)
TeeStars (1)
Awkward Styles (1)
+ See more


See Size & Color Options
DirtyRagz Men's World's Okayest Brother T-Shirt
by DirtyRagz
$9.99 - $10.99
FREE Shipping


See Size & Color Options
World's Okayest Brother T Shirt Funny Siblings Tee For Brothers
by Crazy Dog Tshirts
$9.99 - $14.99
FREE Shipping


See Size & Color Options
Funny T-Shirt Stick Figures I Got Your Back
by Trenz Shirt Company
$9.99 - $10.99
FREE Shipping


See Size & Color Options
You Read My Shirt That's Enough Social Interaction T-Shirt,
by Amazing Apparel
$9.99
FREE Shipping


See Size & Color Options
Starlite-Mens Funny Sayings Slogans T Shirts-I May Be Wrong tshirt
by StarliteFunnyShirts
$9.99 - $12.99
FREE Shipping


See Size & Color Options
Women's World's Okayest Sister T Shirt Funny Siblings Tee for Girls
by Crazy Dog Tshirts
$9.99 - $12.99
FREE Shipping


See Size & Color Options
Star Labs Adult DT T-Shirt Tee
by City Shirts
$9.99 - $14.99
FREE Shipping
77


See Size Options
World's Okayest Dad T Shirt Cool Funny Father's Day Gift Tee
by Crazy Dog Tshirts
$8.99 - $12.99
FREE Shipping


See Size & Color Options
Swagge The Grandfather T-shirt
by Swagge
$9.95 - $12.99
FREE Shipping
11


See Size & Color Options
Gildan Men's Heavy Cotton T-Shirt (10 Pack)
by Gildan
$32.99 $37.64
FREE Shipping


See Size Options
Best Husband Ever T Shirt Funny Wedding Married Man Tee Gift
by Crazy Dog Tshirts
$9.99 - $12.88
FREE Shipping


See more choices
Gildan Men's Ultra Cotton Long-Sleeve T-Shirt
by Gildan
$12.95 $29.99
FREE Shipping



Star Laboratories Flash T-Shirt
by New York Fashion Police
$9.99 - $21.99
FREE Shipping
20

Gildan Men's Heavy Cotton T-Shirt ( 3 Pack )
by Gildan
$19.99 $25.98
FREE Shipping

Shop4Ever® Problem Solved T-Shirt Funny Shirts
by Shop4Ever
$9.99 - $13.99
FREE Shipping

Gildan Fit Heavy Cotton Tee Carolina Blue M
by Gildan
$6.00 - $8.99
FREE Shipping

World's Okayest Mom T Shirt Funny Mother's Day Tee
by Crazy Dog Tshirts
$9.99 $24.99
FREE Shipping

World's Okayest Brother T Shirt Funny Siblings Tee for Brothers
by Trenz Shirt Company
$7.99 - $10.99
FREE Shipping



Official Security T-Shirt, Print on Front & Back, Heavyweight Cotton, Black,
by Amazing Apparel
$8.99 - $14.99
FREE Shipping



Gildan G800 DryBlend T-Shirt
by Gildan
$6.05 - $9.99
FREE Shipping
197

World's Okayest Sister T Shirt Funny Siblings Tee for Sisters
by Trenz Shirt Company
$8.99 - $16.99
FREE Shipping

Rothco 2-Sided T-Shirt/Police
by Rothco
$9.00 - $11.00
FREE Shipping
86

Men's "World's Okayest Brother" Graphic T-Shirt Hanes Cotton Preshrunk Tagless Large
by Hanes
$10.99 $20.00
FREE Shipping



Security Silkscreen Front & Back Black Sport Polo
by Gildan
$9.99 - $12.99
FREE Shipping
34

Previous Page    1 2 3 ... 7    Next Page

Search Feedback
Did you find what you were looking for?

Yes   No

If you need help or have a question for Customer Service, please visit the Help Section.

Search powered by A9

DesignFactoryTees Privacy Statement          DesignFactoryTees Shipping Information          DesignFactoryTees Returns & Exchanges



Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Amazon Currency Converter | Manage Your Content and Devices |
| | Self-Publish with Us | | Help |
| | Become an Amazon Vendor | | |
| | › See all | | |

# amazon.com

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| **6pm** Score deals on fashion brands | **AbeBooks** Rare Books & Textbooks | **ACX** Audiobook Publishing Made Easy | **AfterSchool.com** Kids' Sports, Outdoor & Dance Gear | **Alexa** Actionable Analytics for the Web | **Amazon Business** Everything For Your Business | **AmazonFresh** Groceries & More Right To Your Door |
| **AmazonGlobal** Ship Orders Internationally | **Home Services** Handpicked Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Download Audio Books | **BeautyBar.com** Prestige Beauty Delivered | **Book Depository** Books With Free Delivery Worldwide | **Casa.com** Kitchen, Storage & Everything Home |
| **ComiXology** Thousands of Digital Comics | **CreateSpace** Indie Print Publishing Made Easy | **Diapers.com** Everything But The Baby | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations |
| **IMDb** Movies, TV & Celebrities | **Junglee.com** Shop Online in India | **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **Look.com** Kids' Clothing & Shoes | **MYHABIT** Private Fashion Designer Sales | **Shopbop** Designer Fashion Brands | **Soap.com** Health, Beauty & Home Essentials |
| **TenMarks.com** Math Activities for Kids & Schools | **VineMarket.com** Everything to Live Life Green | **Wag.com** Everything For Your Pet | **Warehouse Deals** Open-Box Discounts | **Woot!** Discounts and Shenanigans | **Yoyo.com** A Happy Place To Shop For Toys | **Zappos** Shoes & Clothing |

Conditions of Use  Privacy Notice  Interest-Based Ads © 1996-2015, Amazon.com, Inc. or its affiliates